IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RODGERS | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 07-3613 |
| CURRAN-FROMHOLD CORRECTIONAL | : | |
| FACILITY and C.O. SAMUELS | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this 20th day of November, 2008, upon consideration of plaintiff's Motion for an Order Compelling Discovery (Document No. 15, filed November 19, 2008), **IT IS ORDERED** that defendants shall file and serve a response to the Motion on or before December 4, 2008. Two (2) copies of defendants' response shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.