

**LAW DEPARTMENT**
One Parkway
1515 Arch Street
Philadelphia PA 19102-1595

May 14, 2009

**VIA FACSIMILE (215) 580-2141**
The Honorable Jan E. Dubois
Room 12613
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    Rodgers v. Curran-Fromhold Correctional Facility, et al
             Civil Action No. 07-3613

Dear Judge DuBois:

    Per Your Honor's letter of May 8, 2009, I am providing the Court with notice that the Defendants will file a Motion in Opposition to Plaintiff's Motion for Leave to File an Amended Complaint on or before May 21, 2009.

    If your honor requires any further information, please advise.

Respectfully,

Niya L. Blackwell,
Deputy City Solicitor

/nb