IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RODGERS<br>Plaintiff<br><br>vs.<br>CURRAN-FROMHOLD CORRECTIONAL<br>FACILITY, C.O. DAMION SAMUELS,<br>C.O. CARLTON LANE, C.O. ANTHONY<br>Black, and Shawn Jay, et al.<br>defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | RECEIVED<br>JUN - 8 2009<br><br>NO. 07-3613 |

## AMENDED COMPLAINT

Plaintiff on May 26, 2009 was granted leave to amend his complaint by the Honorable Jan E. DuBois.

Plaintiff in his original complaint named unknown Defendants.

Since the filing of the complaint the Plaintiff has determined that the names of the unknown (officers) defendants are Carlton Lane, Anthony Black, and Shawn Jay. Paragraphs 1, 2, 3 are amended to reflect the identity and actions of officers C. Lane, A. Black, and S. Jay.

Plaintiff points to paragraphs 1, 2, and 3 excluding verification paragraph (1) so as to amend paragraphs 2, 3, and 4 of the initial (original) complaint to name unknown to known officers.

Plaintiff points to amended paragraphs 2, 3, and 4 below to resemble who unknown defendants are

(2.) Philadelphia Correctional officers Carlton Lane and Anthony Black assaulted the the Plaintiff, on April 3, 2006, at approximately 10:50 AM for allegedly failing to go in his cell at CURRAN-FROMHOLD CORR. FACILITY, while in administrative detention on A1-4.
  Rhodes v. Chapman 452 U.S. 337, 69 LED 20 59, 101 Sct. 2392 (1981)

(3.) That, the Plaintiff was written up by assaulting officers C. Lane and A. Black and taken to the prison's infirmary (hospital), were plaintiff received minimal medical treatment and had pictures taken to log his injuries
  Williams v. Ramos 71 F. 3D (1246)

(4.) That, the Affiant, again on April 3, 2006, was again assaulted by Correctional officers Damion Samuel, Shawn Jay and other unknown officers at approximately 8:15 PM after demanding medical attention for injuries sustained by the first incident on the 7AM to 3PM shift.

Plaintiff asks that all entries below paragraph (4) of the original complaint be preserved as was mentioned, modified or correctly articulated at the Preliminary Pretrial Conference on Jan 8, 2009 at this time.

JUNE 3, 2009
DATE

Respectfully,
Michael Rodgers
#AW9911 Michael Rodgers
1600 WALTERS Mill Rd Somerset PA. 1551