IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RODGERS | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| vs. | : | NO. 07-3613 |
| CITY OF PHILADELPHIA, | : | |
| C.O. DAMION SAMUELS, | : | |
| C.O. CARLTON LANE, | : | |
| C.O. ANTHONY BLACK, and | : | |
| C.O. SHAWN JAY | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this 22nd day of July, 2009, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Document No. 34, filed June 25, 2009), **IT IS ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint is **DENIED WITHOUT PREJUDICE** to defendants' right to address the statute of limitations issue, including the applicability of Federal Rule of Civil Procedure 15(c), after completion of relevant discovery by motion for summary judgment and/or at trial.

                                            **BY THE COURT:**

                                                /s/ Jan E. DuBois
                                                    **JAN E. DUBOIS, J.**